THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BERNARD STEIN, Appellant.

Submitted July 11, 1951; decided July 11, 1951.

Motion for reargument and for assignment of counsel, etc., denied.   [See 302 N. Y. 915; 303 N. Y. 627.]

ASSOCIATED METALS & MINERALS CORPORATION, Appellant, *v.* BILGIN MADEN, LTD., Defendant.   UNITED STATES OF AMERICA, Respondent.

Submitted July 11, 1951; decided July 11, 1951.

*Morris Katz* for motion.

*Irving H. Saypol, United States Attorney for the Southern District of New York (Louis Grossman* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.